UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL A. WILKINSON                                         PLAINTIFF

V.                      NO. 2:19CV00019 SWW-JTR

ANDREW SAUL,
Commissioner of Social Security Administration               DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Michael A. Wilkinson's Complaint (*Doc. No. 2*) is DISMISSED with prejudice.

DATED this 11th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE