UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL A. WILKINSON                                              PLAINTIFF

V.                    NO. 2:19CV00019 SWW-JTR

ANDREW SAUL,
Commissioner of Social Security Administration                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 11th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE